UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE                                                                                          CASE NO. 17-20965

**CHRISTOPHER LEE HIGHLANDER**
**LISA CAROL HIGHLANDER**

**DEBTOR(S)**

**CHRISTOPHER LEE HIGHLANDER**                                          PLAINTIFF(S)
**LISA CAROL HIGHLANDER**

                                                                                                    ADV. NO. 17-2026
**V.**
                                                                                                    DEFENDANT(S)

**RENT-2-OWN COMPANY,** *et al.*

## ORDER

The Court having considered the complaint filed herein, and it appearing to the Court that said complaint is deficient as follows:

☐ The complaint is not accompanied by the required filing fee

☐ The trustee has not made an Application to Delay Payment of the Filing Fee

☒ A defendant listed in the styling is not the same as identified in the body of the complaint.

☐ The styling does not reflect all of the defendants named in the complaint

☐ The complaint does not contain an adversary styling

IT IS THEREFORE ORDERED that the Clerk may withhold issuance of summons on the complaint until such time as an Amended Complaint has been filed correcting the deficiency or until the filing fee has been paid or proper application made.

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Thursday, December 28, 2017
(tnw)