UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE

| | |
|---|---|
| **CHRISTOPHER LEE HIGHLANDER** <br> **LISA CAROL HIGHLANDER** | **CASE NO. 17-20965** |
| **DEBTOR(S)** | |
| **CHRISTOPHER LEE HIGHLANDER** <br> **LISA CAROL HIGHLANDER** | **PLAINTIFF(S)** |
| V. | **ADV. NO. 17-2026** |
| **COUNTRYSIDE RENTALS, INC.,** <br> **d/b/a Rent-2-Own Company** <br> **MELINDA "DOE", EMPLOYEE OF RENT-2-OWN COMPANY** <br> **MAYSVILLE, KENTUCKY** <br> **BEN "DOE", EMPLOYEE OF RENT-2-OWN COMPANY** <br> **MAYSVILLE, KENTUCKY** | **DEFENDANT(S)** |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file electronically a motion or answer to the complaint which is attached to this summons with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney, Brian T. Canupp, Esq. (The attorney should receive notice automatically when the motion or answer is filed electronically.)

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THE SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance: January 31, 2018



Nathan W. Lee, Clerk
US Bankruptcy Court

By: /s/ G. S. Caulder
Deputy Clerk

**The affixing of this Court's electronic seal above is proof this document has been entered by the Clerk in the official record of this case.**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

**IN RE**

| | |
|---|---|
| **CHRISTOPHER LEE HIGHLANDER**<br>**LISA CAROL HIGHLANDER** | **CASE NO. 17-20965** |

**DEBTOR(S)**

| | |
|---|---|
| **CHRISTOPHER LEE HIGHLANDER**<br>**LISA CAROL HIGHLANDER** | **PLAINTIFF(S)** |

| | |
|---|---|
| **V.** | **ADV. NO. 17-2026** |

| | |
|---|---|
| **COUNTRYSIDE RENTALS, INC.,**<br>**d/b/a Rent-2-Own Company**<br>**MELINDA "DOE", EMPLOYEE OF RENT-2-OWN COMPANY**<br>**MAYSVILLE, KENTUCKY**<br>**BEN "DOE", EMPLOYEE OF RENT-2-OWN COMPANY**<br>**MAYSVILLE, KENTUCKY** | **DEFENDANT(S)** |

**CERTIFICATE OF SERVICE**

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

❏    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❏    Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❏ Residence Service: By leaving the process with the following adult at:

❏ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❏ Publication: The defendant was served as follows: [Describe briefly]

❏ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

Print Name:     _____

Business Address:   _____

_____

**Note: Upon service, this certificate should be completed and filed with the Court. If filing electronically, the appropriate event for filing is Summons Service Executed on the Adversary Complaint & Summons menu.**