UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE

| | |
|---|---|
| CHRISTOPHER LEE HIGHLANDER<br>LISA CAROL HIGHLANDER | CASE NO. 17-20965 |
| DEBTORS | |
| CHRISTOPHER LEE HIGHLANDER,<br>*et al.* | PLAINTIFFS |
| V. | ADV. NO. 17-2026 |
| COUNTRYSIDE RENTALS, INC., *et al.* | DEFENDANTS |

### ORDER SETTING TELEPHONIC PRETRIAL CONFERENCE

An Order for Trial [ECF No. **7**] having been entered on February 1, 2018, scheduling the trial in this adversary proceeding on May 29, 2018, at 9:30 a.m., and the Court having reviewed the court record and being sufficiently advised,

It is ORDERED:

1. This matter shall come before the Court for a telephonic pretrial conference on **May 21, 2018, at 1:30 p.m. (prevailing time)**, c**all-in number: 1-888-363-4749; Participant Code: 6879731; Security Code: 66078.**

2. Counsel for each party shall attend the pretrial conference and be prepared to advise the Court regarding the status of settlement negotiations of the within matter.

3. The parties shall be prepared to identify any and all factual and legal issues to be determined at a trial of the within matter**.**

4. Counsel for Plaintiff shall serve this Order on all parties unless the party will receive electronic service through the Court's CM/ECF system.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Wednesday, April 18, 2018
(tnw)