**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION**

IN RE

| | |
|---|---|
| **CHRISTOPHER LEE HIGHLANDER** | **CHAPTER 13** |
| **LISA CAROL HIGHLANDER** | **CASE NO. 17-20965** |
| **DEBTORS** | |
| _____ | |
| **CHRISTOPHER LEE HIGHLANDER** | |
| **LISA CAROL HIGHLANDER** | **PLAINTIFFS** |
| v. | **ADV. PROC. NO. 17-2026** |
| **COUNTRYSIDE RENTALS, INC.,** *et al.* | **DEFENDANTS** |

**ORDER TO SHOW CAUSE**

The Court issued its Order for Trial [ECF No. 7 ("Trial Order")] on February 1, 2018, requiring the parties to submit certain documents, lists, filings, briefs, and other matters to the Court by specific deadlines in advance of the trial scheduled for May 29, 2018.  On May 1, 2018, the parties timely submitted a Joint Report Regarding Settlement [ECF No. 12], advising that the parties were in settlement negotiations.  Although exhibits and exhibit lists were also due on May 1, 2018, neither party filed any such documents or requested relief from the Trial Order.

On May 15, 2018, the parties timely filed their trial briefs, which include witness lists.  That same day, the parties filed separate proposed Stipulations [ECF Nos. 13, 15].  Both sets of proposed Stipulations advise that Plaintiffs' counsel sent proposed stipulations to Defendants' counsel on May 14, 2018, but Defendants' counsel was out of town that day and unable to review them.  As a result, Plaintiffs and Defendants filed separate proposed stipulations.  This does not comply with the Trial Order, which directs the parties to the Court's published joint

stipulation preparation instructions and required conforming joint stipulations to be filed by May 15, 2018.

Having reviewed the record, it appears that the parties have failed to timely and substantially comply with the terms of the Trial Order. As a result, it is ORDERED that this matter shall come before the Court for a telephonic show cause hearing on **May 21, 2018, at 1:30 p.m. (prevailing time), call-in number: 1-888-363-4749; Participant Code: 6879731; Security Code: 66078.** Counsel for all parties shall appear and show cause, if any they have, why they should not be sanctioned for failure to timely comply with the Trial Order.

2

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Friday, May 18, 2018
(tnw)